# IN THE UNITED STATES DISTRICY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| Jerrell Vann,<br><br>    Plaintiff,<br><br>v.<br>Rey Logistics, Inc. and<br>Prime Insurance Company,<br><br>    Defendants,<br><br>Armstrong World Industries and Sedgwick CMS, Inc.,,<br><br>    Applicant/Intervenors. | Civil Action<br>File No.: 5:25-cv-00210-TES |

## ORDER

This Court, having considered Armstrong World Industries and Sedgwick CMS' (Applicant) Motion to Intervene, hereby GRANTS said Motion. Applicant has demonstrated their right to intervene under O. C.G.A. § 34-9-11.1 and Applicant has no other viable way to pursue a lien recovery

Therefore, having granted Armstrong World Industries and Sedgwick CMS' Motion to Intervene, it is hereby ORDERED that the style of the case shall be changed to reflect that Armstrong World Industries and Sedgwick CMS are Intervenors and parties to this case.

SO ORDERED this   2nd   day of    December   , 2025.

                                                      s/Tilman E. Self, III
                                                    Judge, Tilman E. Self, III
                                                    United States District Court
                                                    Middle District of Georgia

Order Prepared By:
Drew Wharton
Georgia Bar No.:347556
Chartwell Law

3350 Riverwood Pkwy SE
Suite 1250
Atlanta, GA 30339